# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS SAMUEL VERAS-VELASQUEZ | CRIMINAL ACTION<br>NO. 15-169 |

**PAPPERT, J.**                                                                                           **July 28, 2022**

## ORDER

     **AND NOW**, this 28th day of July 2022, upon consideration of Luis Samuel Veras-Velasquez's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF 29), the Government's Response (ECF 33) Veras-Velasquez's Reply (ECF 41) and his *pro se* Motions for Request of Appointment of Counsel (ECF 34) and to Amend his Petition (ECF 42), it is hereby **ORDERED**:

1. Veras Velasquez's Motion to Amend is **GRANTED**. His § 2255 Petition and Motion for Appointment of Counsel are **DENIED.**

2. A certificate of appealability **SHALL NOT** issue. The Clerk of Court shall **CLOSE** this case.

                                                                                                   BY THE COURT:

                                                                                               /s/ Gerald J. Pappert
                                                                                               GERALD J. PAPPERT, J.